DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOP NOTCH MARINE, INC., TOP NOTCH MARINE OF POMPANO, INC.,** and **TOP NOTCH MARINE BREVARD, INC.,**
Appellants,

v.

**KEVIN BIRCH,**
Appellee.

No. 4D21-1666

[October 7, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William Haury, Jr., Judge; L.T. Case No. 19-000238 CACE (18).

Arnaldo Velez of Arnaldo Velez, P.A., Coral Gables, for appellants.

John P. Seiler of the Law Offices of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***